FILED
May 14 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ yesenlab    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '18 CR2385-RBB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 – Improper Entry by an Alien (Misdemeanor) |
| ERIC OMAR OROMAN-CONTRERAS, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about April 27, 2018, within the Southern District of California, the Defendant, ERIC OMAR OROMAN-CONTRERAS, an alien, unlawfully eluded examination and inspection by immigration officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

DATED: 5/14/18

ADAM L. BRAVERMAN
United States Attorney

DAVIS M. LOOP
Special Assistant U.S. Attorney

5/1/18